**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7153**

_____

PATRICK GUESS,

Plaintiff - Appellant,

v.

CECILIA REYNOLDS, Warden, Kershaw Correctional Institution;
TIMOTHY RILEY, Warden, Tyger River Institution; JON OZMINT,
Agency Director; JERRY G. ALEXANDER, Captain; MS.
MIDDLEBROOK, Administration Tyger River Correctional
Institution; GARY LANE, Assistant Warden, Tyger River
Correctional Institution; LAURA CALDWELL, Tyger River
Correctional Institution; Ms. D. MANESS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Terry L. Wooten, District Judge.
(9:10-cv-01161-TLW)

_____

Submitted:  December 6, 2011      Decided:  December 15, 2011

_____

Before DUNCAN, KEENAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Patrick Guess, Appellant Pro Se.  William Henry Davidson, II,
Daniel C. Plyler, DAVIDSON & LINDEMANN, PA, Columbia, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Guess appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Guess v. Reynolds</u>, No. 9:10-01161-TLW (D.S.C. Aug. 8, 2011). We deny Guess' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>